## UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

# MEMORANDUM

**DATE:**    May 5, 2005

**TO:**    Honorable Nicholas G. Garaufis
U.S. District Court Judge

**RE:**    Theodoulou, Michael
Docket No.: 02-CR307
Request for the Elimination of Pretrial Services supervision

The above noted defendant, who is awaiting sentencing on Arson charges before Your Honor, was released by Magistrate Judge A. Simon Chrein on October 16, 2002, on a $500,000 secured and co-signed bond. Additional conditions of release were: 1) report in-person to Pretrial Services one time per week, 2) travel restricted to New York State and New Jersey, 3) avoid contact with any members or associates of organized crime and any other defendants in this matter in the absence of counsel, 4) avoid the Boston Chicken Market, Arthur Kill Road, Staten Island, New York, and 5) surrender passport by October 16, 2002 and do not reapply. On December 18, 2002, Your Honor modified the defendant's release conditions permitting him to report to Pretrial Services by telephone one time per week.

We are now writing to Your Honor to request the elimination of the defendant's Pretrial Services supervision. The defendant appears to be in compliance and has been reporting as required since his release on October 16, 2002. Additionally, as Your Honor is aware, the Court permitted the defendant to travel to Cyprus on two occasions during 2003- 2004.

Pretrial Services left a detailed message for AUSA Greg Andres on May 3, 2005, informing him of our position and we await his call. On May 4, 2005, we contacted the defendant's attorney, John Murphy, and he had no objection to our recommendation to Your Honor that the defendant's Pretrial Services supervision be eliminated. If Your Honor has any questions or concerns, please do not hesitate to call me at X2498.

Prepared by: _____          Approved by: _____
Jeffrey Thomas Steimel                                        Taia Givens
U.S. Pretrial Services Officer                             Supervising Pretrial Services Officer

CC: Greg Andres, AUSA
    John Murphy, Atty

Theodoulou, Michael
Docket No.: 02-CR307

It is the order of the Court that:

✓ the defendant's Pretrial Services supervision is eliminated.


_____ no change.


_____ other:


Considered and ordered this
_th
_5_ day of _May_ , 2005
and ordered filed and/ made a part
of the records in the above case.


_____
Honorable Nicholas G. Garaufis
U.S. District Court Judge